UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,     )   Index No.: 07-CIV-3963 (CLB)
                                          )
                                          )   REQUEST FOR ENTRY OF
                                          )   DEFAULT JUDGMENT
                        Plaintiffs,       )
        -against-                         )
                                          )
                                          )
MAJESTIC GLASS & MIRROR CORP.,            )
                                          )
                        Defendant.        )

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant Majestic Glass & Mirror Corp. having failed to appear or answer the summons and complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds, and against the Defendant Majestic Glass & Mirror Corp. in the sum of $81,275.89, which includes principal, liquidated damages, interest, court costs, auditors' fees and attorneys' fees.

Dated:  Elmsford, New York
        July 2, 2007

                                    _____
                                    Dana L. Henke, Esq. (DLH3025)
                                    BARNES, IACCARINO, VIRGINIA,
                                    AMBINDER & SHEPHERD, PLLC
                                    258 Saw Mill River Road
                                    Elmsford, New York 10523
                                    (914) 592-1515

